1  BRIAN J. STRETCH (CABN 163973)
   Acting United States Attorney
2  United States Attorney
   DAVID R. CALLAWAY (CABN 121782)
3  Chief, Criminal Division
4  CYNTHIA STIER (DCBN 423256)
   Assistant United States Attorney
5  450 Golden Gate Avenue, Box 36055
   San Francisco, California 94102-3495
6  Telephone: (415) 436-6888
7  Facsimile: (415) 436-7009
   E-mail: jose.olivera@usdoj.gov
8  Attorneys for United States of America

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR-15-508-YGR |
| Plaintiff, | STIPULATION TO EXCLUDE TIME AND [~~PROPOSED~~] ORDER |
| v. | |
| CAROL BRYANT, et al., | |
| Defendant. | |

The United States of America and defendant, Carol Bryant, stipulate and agree as follows:

1. Defendant Carol Bryant was arraigned on November 5, 2015, before Magistrate Judge Kandis Westmore and plead not guilty.

2. The United States will provide discovery to defendant and will seek a protective order to provide further discovery. Counsel for defendant needs reasonable time to review the discovery in order to effectively prepare for trial of review all the documents in this case.

3. The court scheduled a further status conference before the Honorable Yvonne Gonzalez Rogers on December 3, 2015, at 3:00 p.m.

4. For the reasons stated above, time should be excluded from November 5, 2015, through December 3, 2015, to permit defense counsel time to review the discovery in this case and to

Stip. To Exclude Time and
[Proposed] Order,
Case No. 15-508-YGR

effectively prepare for trial pursuant to 18 U.S.C. § 3161(h)(7). Failure to exclude time as set forth above would deny Defendant the reasonable time necessary for effective preparation. The ends of justice served by granting this request for exclusion of time outweigh the best interest of the public and the Defendant in a speedy trial.

Dated:  November 5, 2015

/s/
CYNTHIA STIER
Assistant United States Attorney

Dated:  November 5, 2015

/s/
LINDA FULLERTON
Attorney for Defendant

### ORDER

PURSUANT TO THE PARTIES' STIPULATION, exclusion of time is warranted from November 5, 2015, through December 3, 2015, because the ends of justice served by this exclusion of time outweigh the best interests of the public and the defendant in a speedy trial under 18 U.S.C. § 3161(h)(7)(A). The failure to grant the requested continuance would deny the Defendant effective preparation of counsel, and would result in a miscarriage of justice. 18 U.S.C. § 3161(h)(7)(B)(iv).

IT IS SO ORDERED.

Dated: 11/17/15

KANDIS WESTMORE
United States Magistrate Judge

Stip. To Exclude Time and
[Proposed] Order,
Case No. 15-508-YGR