1  BRIAN STRETCH (CANB 163973)
   Acting United States Attorney
2  THOMAS MOORE (ASBN 4305-O78T)
   Assistant United States Attorney
3  Chief, Tax Division
4  CYNTHIA STIER (DCBN 423256)
   Assistant United States Attorney
5
6     450 Golden Gate Avenue, Box 36055
      San Francisco, California 94102-3495
7     Telephone: (415) 436-7000
      FAX: (415) 436-7009
8
   Attorneys for the United States
9
                    UNITED STATES DISTRICT COURT
10
                    NORTHERN DISTRICT OF CALIFORNIA
11
                           OAKLAND DIVISION
12

13 | UNITED STATES OF AMERICA,         No. CR-15-508-YGR

14 |        Plaintiff,

15 |        v.                          STIPULATION FOR PRODUCTION OF
                                        MATERIALS AND [P~~ROPOSED~~]
16 | CAROL BRYANT, aka Carol Lawson,    PROTECTIVE ORDER
   | MARK RUSSELL and
17 | ANYSSA HALL,

18 |        Defendants.

19

20       Defendants, CAROL BRYANT aka Carol Lawson and MARK RUSSELL, and the United States

21  of America, hereby stipulate and agree, that the United States will produce documents to defendants

22  pursuant to the following terms:

23       (1) As used in this order, the word "defense" means the defendants and defense counsel actively

24  representing the defendants in this case; partners, associates, secretaries, paralegal assistants, and

25  employees of defense counsel, but only to the extent reasonably necessary to render professional

26  services in this case; and any persons or expert witnesses retained or appointed by the defendants to

27  directly assist with this case. The words "Confidential Material" means documents marked as US018375

28  to US018404.

(2) The Confidential Matter contains, among other things, memorandum of interviews with witnesses that contain private financial information, as well as confidential tax return and taxpayer return information within the meaning of Title 26, United States Code, Section 6103(b). Disclosure of such tax return and taxpayer information is governed by Title 26, United States Code, Section 6103(a), which mandates that returns and return information shall be confidential, except as authorized by Section 6103. Section 6103(h)(4)(D) permits disclosure to the Defendants of such tax return and taxpayer information in accord with Rule 16 of the Federal Rules of Criminal Procedure, but further disclosure of this tax return and taxpayer return information by the Defendants and his or her attorneys is restricted by Section 6103.

(3) The government intends to provide defense counsel with other individuals' private financial information, tax return and taxpayer return information as part of this case, that will likely will be disclosed to the Defendants.

(4) Defense is to treat as confidential all Confidential Material that is produced or made available for use in preparing for trial of this case.

(5) Defendants, Carol Bryant and Mark Russell, may not possess Confidential Material, and may only review the Confidential Material in the presence of a member of defense.

(6) Defense and any person to whom defense discloses Confidential Material, as permitted by this Order, must be shown a copy of this Order and be informed that such material is confidential and must be treated as such.

(7) Defense, any person to whom defense disclose Confidential Material, shall not make any further disclosure of the Confidential Material, except as provided herein, absent further order of this Court.

(8) The Confidential Material, including all copies thereof, may be disclosed by defense to another person only for the purpose of assisting the defense in preparing a defense in this case. Only as much of the materials as may be useful for such purpose may be disclosed by the attorneys for the defendants. Defense and those persons to whom they disclose Confidential Material in accordance with this Order shall not make any copies of the material, reveal the contents of the material, or use the information contained therein, for any purpose other than preparing a defense in this case.

(9) Defendants shall have no contact with witnesses in this case outside the presence of defense and subject to the provisions of this Protective Order.

(10) Defense counsel shall return all confidential materials subject to this Protective Order (including any copies) to the United States within 14 days after whichever event occurs last in time: dismissal of all charges against the defendant; defendant's acquittal; defendant's sentencing; or the conclusion of any direct appeal. After the United States receives documents and materials subject to this Order, it shall maintain those documents and materials until the period for filing a motion under 28 U.S.C. § 2255 has expired. After the statutory period for filing a motion under 28 U.S.C. § 2255 has expired, the United States is free to destroy documents and materials subject to this Order. If defendant is represented by counsel and files a motion pursuant to 28 U.S.C. § 2255, the United States will provide counsel with the documents and materials subject to this Protective Order under the terms of this Order. Defendant's attorney in any motion under 28 U.S.C. § 2255 shall return the documents and materials subject to this Protective Order within 14 days after the district court's ruling on the motion or 14 days after the conclusion of any direct appeal of the district court's order denying the motion, whichever is later. This stipulation is without prejudice to either party applying to the Court to modify the terms of any protective order. This Court shall retain jurisdiction to modify this Order upon motion of either party even after the conclusion of district court proceedings in this case.

\_/s/_____
CYNTHIA STIER
Counsel for United States

\_/s/_____
LINDA FULLERTON
Counsel for Carol Bryant aka Carol Lawson

\_\_\_/s/_____
HANNI M. FAKHOURY
Counsel for Mark Russell

SO ORDERED THIS 9th day of February, 2016.

_____
Honorable Yvonne Gonzalez Rogers
United States District Judge

Stip For Production of Materials & [proposed]
Protective Order; CR-15-00508-YGR              3