United States District Court
Northern District of California

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

**UNITED STATES**,

Plaintiff,

v.

**CAROL BRYANT**,
**MARK RUSSELL,**
**and ANYSSA HALL**

Defendant.

Case No. 15-cr-508- YGR

**PRE-TRIAL ORDER NO. 1**

Having considered the filings to date including the parties' Joint Pretrial Conference

Statement, and having heard the arguments made at the conference, held on October 27, 2016, for

good cause shown the Court enters the following orders:

1.   **Trial Date and Schedule:**

   a.   The trial of this matter is set for **Monday, January 30, 2017** for all

defendants in this action.

   b.   Jury selection shall occur on **Wednesday, January 25, 2017** at 8:00 a.m.

and proceed until concluded.  Attached hereto is a basic template used by

the Court in criminal cases.  The Court will consider adding an additional

two pages of content to the questionnaire.  Any requests for the same may

be submitted jointly or separately no later than December 5, 2016.  The

Court will discuss the topic at the December 12, 2016 conference.

2.   The trial order issued at Docket No. 33 shall apply to all defendants.

3.   The Court sets Trial Readiness Conferences for:

   a.   **Monday, December 12, 2016 at 9:30 a.m.**

   b.   **Wednesday, January 11, 2017 at 9:30 a.m.**

United States District Court
Northern District of California

1   On the Wednesday prior to each conference, the parties shall file a Joint Readiness

2   Conference Statement which provides a status on all filing requirements and

3   deadlines and outlines issues which each believe should be discussed at the

4   conference.

5       **4.  Pretrial Filings:**

6          a.   Any motions challenging the government's Notice of Intent to Introduce

7             Expert Testimony shall be filed by November 10, 2016.  Any opposition

8             shall be filed by November 23, 2016.  Any reply shall be filed by December

9             1, 2016.

10         b.   Courtesy copies of all documents filed on Friday, December 16, 2016 shall

11            be submitted to the Court (with the ECF header) by no later than the

12            following business day, Monday, December 19, 2016.

13      5.  **Witnesses:**  Witness lists shall be filed by December 9, 2016.  The Court will

14  discuss the anticipated content of each witness's testimony on December 12, 2016.

15  Thereafter, the government shall consolidate into one list, the names of all

16  witnesses, parties, and counsel in alphabetical order to be shown to prospective

17  jurors during voir dire.  The same shall be filed by the government no later than

18  January 4, 2017.

19      6.  **Grand Jury Transcripts**:  With respect to the grand jury transcripts, the

20  government shall provide the same within two weeks of the date of this order.

21      **IT IS SO ORDERED.**

22  Dated: October 27, 2016

23  _____
    **YVONNE GONZALEZ ROGERS**

24      **UNITED STATES DISTRICT COURT JUDGE**

25

26

27

28

# JUROR QUESTIONNAIRE

**Please PRINT your answers**

To Be Completed by Jurors called to the Courtroom of the Hon. Yvonne Gonzalez Rogers for the Trial of:

**United States of America v. _____**                    **Case Number:  XX-cr-XXX  YGR**

**Name:** _____ **Age:** _____ **Birthplace:**_____

**Residence:** _____ Years: _____ Prior Residence: _____ Years: _____

**Education:** Highest Grade Completed: _____     Degrees: _____

College/Vocational Schools attended: _____     Areas of Study: _____

_____

**Current Occupation/Position**: _____ Length of Service: _____

Employer: _____ Describe Any Supervisory Roles: _____

Prior Occupation/Position: _____ Employer/Length of Service: _____

Employer: _____ Describe Any Supervisory Roles: _____

**Current Status** (Circle):  Single (living alone/with others)   Married   Separated   Divorced   Widowed

**Occupation & Employer of Adults Living in the Same Household**: _____

_____

**Children:** Age(s): _____ Occupation(s) if employed: _____

_____

**Is English your first language?** YES ☐   NO ☐     IF NO, do you use it regularly at work or home? YES ☐   NO ☐

**Do You OR any CLOSE Family/Friends have Military Service or Law Enforcement Training**? YES ☐   NO ☐

If yes, describe: _____

**Have You Every Served on Jury?**  Circle: YES   NO     Number of times: \_\_\_\_   Date(s) of Service: _____

Circle:   State Court  Federal Court  Both          Circle:  Civil Case       Criminal Case            Both

Did each jury reach a verdict?  YES ☐   NO ☐      Have you ever served as Foreperson?  YES ☐   NO ☐

**Do You OR any CLOSE Family/Friends Own or Regularly Use A Firearm?** YES ☐   NO ☐

If yes, describe: _____

**Are You OR any CLOSE Family/Friends associated with any organization that advocates for or opposes laws concerning firearms?** YES ☐  NO ☐

If yes, describe: _____

**Have You Ever Been Convicted of a Felony?** YES ☐  NO ☐

If yes, provide basic details: _____

**Have You Ever Been Arrested, Accused, or Convicted of a Crime?** YES ☐  NO ☐

If yes, provide basic details: _____

**Has A CLOSE Family Member/Friend Ever Been Arrested, Accused, or Convicted of a Crime?** YES ☐  NO ☐

If yes, describe: _____

**Have You Ever Testified in any Court Proceeding?** YES ☐  NO ☐

If yes, describe: _____

**Circle If You Have STRONG opinions on any of the following institutions/topics:**
Bureau of Alcohol, Tobacco & Firearms (ATF)          Firearms

**Circle if You Know or Are Familiar With Any of the Following Persons:**

Anyone who works for the Bureau of Alcohol, Tobacco & Firearms (ATF)

Anyone who works for the United States Attorney's Office for the Northern District of California

[NAMES TO BE INCLUDED IN ALPHA ORDER, INCLUDING LAWYERS.]

**I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING INFORMATION IS TRUE AND CORRECT.**

**SIGNATURE: _____    DATE: _____**